# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jane Handerhan                                                     Docket No. 00-00216-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jane Handerhan, who was placed on supervision by the Honorable William L. Standish sitting in the Court at Pittsburgh, Pennsylvania, on the 15th day of November 2001, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Pay a $500 special assessment.
- Participate in drug testing and treatment as directed.
- Participate in mental health treatment as directed.
- Provide the probation officer with any requested financial information.
- No new credit charges or additional lines of credit without the approval of the probation officer.
- Pay restitution in the sum of $14,580.

11-15-01:   Bank Robbery, 30 months' imprisonment, followed by a 3-year term of supervised release.
01-17-03:   Released to supervision; Currently supervised by U.S. Probation Officer Donald A. Covington.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the supervised releasee owes a balance of $9,759.50 on the restitution amount of $14,580. The supervised releasee has faithfully made monthly payments of not less than 10 percent of her gross monthly earnings. However, a review of her finances would indicate that she does not have the ability to pay the balance of her restitution by the expiration of her supervision term. Since the supervised releasee made the required monthly payments and has abided by all other conditions of supervision, your Petitioner requests that her supervised release term be permitted to expire with a restitution balance still owing.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 00-00216-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  November 22, 2005

ORDER OF COURT

Considered and ordered this _29_ day of _Nov_, 20_05_ and ordered filed and made a part of the records in the above case.

_____
For Senior U.S. District Judge Standish

_____
Donald A. Covington
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA